UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRI PLOVIE,

      Plaintiff,                              Case No. 2:05-cv-128

v.                                         Hon. Richard Alan Enslen

VICTORIA JACKSON, et al.,

      Defendants.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 31, 2006, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Dkt. #27) is **GRANTED** and plaintiff's complaint is **DISMISSED** for the reason(s) stated in the Report and Recommendation.

      **IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Amend Complaint (Dkt. #37) is **DENIED** for the reason(s) stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that upon review of Plaintiff's claims, this Court can discern no good-faith basis for an appeal and so certifies in accordance with *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated in Kalamazoo, MI:          /s/Richard Alan Enslen
October 3, 2006                  Richard Alan Enslen
                                 Senior United States District Judge